*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR LA TORMENTA JEANNE.

*Número:* EM-2004-5          *Resuelto:* 20 de septiembre de 2004

## RESOLUCIÓN

El martes 14 de septiembre de 2004 el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical para Puerto Rico, Vieques y Culebra, y vigilancia de inundaciones para toda la Isla ante la inminencia del paso de la tormenta Jeanne. En vista de la situación climatológica y el riesgo a la vida que pudiera representar este fenómeno atmosférico, el Juez Presidente del Tribunal Supremo, Hon. Federico Hernández Denton, concedió los días 15 al 17 de septiembre de 2004 libre a los empleados de la Rama Judicial con cargo a la licencia por desastre natural, y decretó la suspensión de los trabajos en los tribunales y el cierre de las Secretarías.

Debido a los efectos de la tormenta Jeanne, los servicios esenciales de energía eléctrica, agua, alcantarillado y teléfono han sido interrumpidos en toda la Isla. Esta situación ha impedido a los abogados preparar sus escritos, recursos, comparecencias y otros documentos judiciales, y su reproducción para poder presentarlos una vez se reanuden las labores judiciales. En estas circunstancias, la mera extensión de los términos por vencer durante los días que los tribunales permanecieron cerrados hasta el próximo día laborable no representaría una solución justa ante las necesidades de la ciudadanía de acceso a los tribunales mediante sus representantes legales.

Para remediar esta situación y al amparo de nuestra facultad de reglamentar los procedimientos judiciales, en situaciones de emergencia como la presente, y ante la ausencia de una ley aplicable a esta situación, *se decretan suspendidos todos los términos dispuestos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos*

*y trámites judiciales, que vencieron o venzan entre el 15 al 30 de septiembre 2004. Por ende, dichos términos vencerán el 1 de octubre de 2004.*

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*